FILED
2010 Nov-30 PM 01:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TUFFY HOLLAND,** | ) |
| **Plaintiff,** | ) CASE NUMBER: CV-2010-3223 |
| **v.** | ) |
| **LVNV FUNDING, LLC, &** <br> **LEADING EDGE RECOVERY** <br> **SOLUTIONS, LLC.,** | ) |
| **Defendants.** | ) |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER

COME NOW the defendants, LVNV and LERS, by and through counsel, and hereby request this Honorable Court to allow an additional fourteen days to file a responsive pleading in this case and in support show as follows:

1.  The defendants are in the process of evaluating a settlement demand and the basis of the claims against them and this additional time will promote the possibility of resolution and allow the defendants to complete their investigation into this case.

2. This motion is not made to cause delay or burden the court. This short extension will not result in any delay in preparing the party planning report or setting trial. It will not prejudice the rights of any litigant.

3. Before filing this motion, the defendant received the <u>consent of opposing counsel</u>.

WHEREFORE, PREMISES CONSIDERED, the defendants respectfully request this Honorable Court to allow an additional fourteen days to file an Answer, thus making responsive pleadings due December 13, 2010.

/s/ Neal D. Moore, III
Neal D. Moore, III        (MOO 073)
Larry Young, Jr.          (YOU049)
*Attorneys for LVNV Funding, LLC and Leading Edge Recovery, LLC*

**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Post Office Box 430189
Birmingham, Alabama 35243-0189
205-879-8722 - phone
205-879-8831 – fax

**CERTIFICATE OF SERVICE**

  This is to certify that on this the 30th day of November 2010, a copy of the forgoing document has been served upon counsel for all parties to this proceeding by the following method:

    _____ mailing the same by first-class United States mail, properly addressed and postage pre-paid

    _____ hand delivery

    _____ via facsimile

    ____X____ E-File

John G. Watts
Watts Law Group, PC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone:(205) 879-2447
Fax:   (888) 522-7167
john@wattslawgroup.com

M. Stan Herring, PC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Phone: (205) 714-4443
Fax:   (888) 522-7167
msh@mstanherringlaw.com

          /s/ Neal D. Moore, III
          OF COUNSEL