FILED
 2011 Jul-25  PM 02:39
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **TUFFY HOLLAND,** | } |
| Plaintiff, | } |
| v. | } |
| **LVNV FUNDING, LLC; LEADING EDGE RECOVERY SOLUTIONS, LLC;** | } CASE NO. 7:10-cv-3223-SLB |
| Defendants. | } |

## ORDER

In accordance with the Joint Stipulation of Dismissal, (doc. 26),[1] filed by the parties herein on July 22, 2011, the court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**.  Costs are taxed as paid.

**DONE** this 25th day of July, 2011.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.